# Notice Recipients

District/Off: 0207−1              User: admin                    Date Created: 10/19/2023

Case: 1−23−43807−ess           Form ID: 764                   Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db         Fraleg Jefferson Corp         300 Kerkimer Street         Fl #1         Brooklyn, NY 11236
smg        Office of the United States Trustee         Eastern District of NY (Brooklyn)         Alexander Hamilton Custom
           House         One Bowling Green, Room 510         New York, NY 10004−1408

                                                                                      TOTAL: 2