Case 1-23-43807-ess    Doc 4-1    Filed 10/20/23    Entered 10/20/23 15:44:06

# Notice Recipients

| District/Off: 0207−1 | User: admin | Date Created: 10/20/2023 |
|---|---|---|
| Case: 1−23−43807−ess | Form ID: 329 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
ust        Office of the United States Trustee         USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Fraleg Jefferson Corp         300 Kerkimer Street         Fl #1         Brooklyn, NY 11236

TOTAL: 1