United States Bankruptcy Court
Eastern District of New York

In re:   Case No. 23-43807-ess
Fraleg Jefferson Corp   Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1   User: admin   Page 1 of 1
Date Rcvd: Oct 20, 2023   Form ID: 329   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Fraleg Jefferson Corp, 300 Kerkimer Street, Fl #1, Brooklyn, NY 11216-2611 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2023   Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2023 at the address(es) listed below:**

**Name**     **Email Address**

Office of the United States Trustee
    USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 1

| Information to identify the case: | | |
|---|---|---|
| Debtor | Fraleg Jefferson Corp | EIN: 84–2857846 |
| | Name | |
| United States Bankruptcy Court | Eastern District of New York | Date case filed for chapter: 11  10/19/23 |
| Case number: | 1–23–43807–ess | |

# NOTICE OF HEARING ON DEFECTIVE OR DEFICIENT FILING – CHAPTER 11 NON–INDIVIDUAL

**NOTICE IS HEREBY GIVEN THAT:**

The bankruptcy case commenced by the above–referenced debtor(s) on October 19, 2023 is deficient. The debtor is not represented by an attorney. Only an individual may appear without an attorney; for this reason, the debtor must be represented by an attorney in all Chapter 11 cases filed by a corporation, limited liability company, partnership, trust, or any other entity. To cure this deficiency, the debtor's attorney must file a notice of appearance with the court within fourteen (14) days of the date of this notice.

If the deficiency is not cured, a hearing to consider the dismissal or conversion of this Chapter 11 case will be held before the Honorable Elizabeth S. Stong , United States Bankruptcy Judge on November 9, 2023, at 03:00 PM at the following location:

**United States Bankruptcy Court, 271–C Cadman Plaza East, Courtroom 3585 – 3rd Floor, Brooklyn, NY 11201–1800**

Responsive papers, if any, must be filed with the Court no later than three (3) business days prior to the hearing date.

Dated: October 20, 2023

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLntcdeffiling5.jsp** [Notice of Hearing on Defective or Deficient Filing – Chapter 11 Non–Individual rev. 02/01/17]