# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 10/30/2023 |
| Case: 1−23−43807−ess | Form ID: 309F1 | Total: 9 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Fraleg Jefferson Corp        300 Kerkimer Street        Fl #1        Brooklyn, NY 11236 | |
| smg | United States of America        Secretary of the Treasury        15th Street & Pennsylvania Ave. NW        Washington, DC 20220 | |
| smg | NYS Unemployment Insurance        Attn: Insolvency Unit        Bldg. #12, Room 256        Albany, NY 12240 | |
| smg | NYS Department of Taxation & Finance        Bankruptcy Unit        PO Box 5300        Albany, NY 12205 | |
| smg | Internal Revenue Service        PO Box 7346        Philadelphia, PA 19101−7346 | |
| smg | NYC Department of Finance        345 Adams Street        Office of Legal Affairs        Brooklyn, NY 11201−3719 | |
| smg | Office of the United States Trustee        Eastern District of NY (Brooklyn)        Alexander Hamilton Custom House        One Bowling Green, Room 510        New York, NY 10004−1408 | |
| 10257032 | IRP Fund II Trust 2A        1155 F Street NW        Suite 1075        Washington, DC 20004 | |
| 10257033 | Krishawan Sampson        969 E. 104 Street        Brooklyn, NY 11236 | |

TOTAL: 9