# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 10/31/2023 |
| Case: 1−23−43807−ess | Form ID: pdf002 | Total: 10 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee      USTPRegion02.BR.ECF@usdoj.gov

                                                                                                                                                 TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Fraleg Jefferson Corp      300 Kerkimer Street      Fl #1      Brooklyn, NY 11236
smg      United States of America      Secretary of the Treasury      15th Street & Pennsylvania Ave. NW      Washington, DC 20220
smg      NYS Unemployment Insurance      Attn: Insolvency Unit      Bldg. #12, Room 256      Albany, NY 12240
smg      NYS Department of Taxation & Finance      Bankruptcy Unit      PO Box 5300      Albany, NY 12205
smg      Internal Revenue Service      PO Box 7346      Philadelphia, PA 19101−7346
smg      NYC Department of Finance      345 Adams Street      Office of Legal Affairs      Brooklyn, NY 11201−3719
smg      Office of the United States Trustee      Eastern District of NY (Brooklyn)      Alexander Hamilton Custom House      One Bowling Green, Room 510      New York, NY 10004−1408
10257032      IRP Fund II Trust 2A      1155 F Street NW      Suite 1075      Washington, DC 20004
10257033      Krishawan Sampson      969 E. 104 Street      Brooklyn, NY 11236

                                                                                                                                                 TOTAL: 9