# Notice Recipients

District/Off: 0207−1      User: admin      Date Created: 11/3/2023
Case: 1−23−43807−ess      Form ID: pdfall      Total: 5

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee      USTPRegion02.BR.ECF@usdoj.gov

     TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Fraleg Jefferson Corp      300 Kerkimer Street      Fl #1      Brooklyn, NY 11236
10263666      INTERNAL REVENUE SERVICE      P.O. BOX 7346      PHILADELPHIA, PA 19101−7346
10257032      IRP Fund II Trust 2A      1155 F Street NW      Suite 1075      Washington, DC 20004
10257033      Krishawan Sampson      969 E. 104 Street      Brooklyn, NY 11236

     TOTAL: 4