UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re                                                                                    Chapter 11

       FRALEG JEFFERSON CORP.,                            Case No. 23-43807-ess

                                Debtor.
----------------------------------------------------------x

## ORDER DISMISSING CHAPTER 11 CASE

WHEREAS, on October 19, 2023, Fraleg Jefferson Corp. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code; and

WHEREAS, on October 20, 2023, the Clerk of the Court sent the Debtor a Notice of Hearing on Deficient Chapter 11 Case for Debtor's Failure to be Represented by Counsel (the "Deficiency Notice"), directing the Debtor to appear at a hearing on November 9, 2023; and

WHEREAS, on November 9, 2023, the Court held a hearing on the Deficiency Notice, at which the Debtor did not appear; and

WHEREAS, the Debtor is an entity and is not an individual; and

WHEREAS, courts in this Circuit have concluded that an entity "must appear through licensed counsel" in federal court, *Lattanzio v. COMITA*, 481 F.3d 137, 140 (2d Cir. 2007); and

WHEREAS, the Debtor's failure to be represented by counsel may constitute cause for dismissal or conversion of this Chapter 11 case; and

WHEREAS, as of the date of this Order, the Debtor has not retained counsel to represent it in this Chapter 11 case.

NOW THEREFORE, it is hereby

ORDERED, that this case commenced under chapter 11 of the Bankruptcy Code is dismissed pursuant to Bankruptcy Code Section 1112(b).



Dated: Brooklyn, New York
November 17, 2023

Elizabeth S. Stong
United States Bankruptcy Judge

TO:

Fraleg Jefferson Corp.
300 Kerkimer Street, Fl #1
Brooklyn, NY 11236
KINGS-NY

Office of the United States Trustee
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, NY 10004-1408