# Notice Recipients

District/Off: 0207–1          User: admin          Date Created: 11/17/2023
Case: 1–23–43807–ess          Form ID: 227         Total: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| db | Fraleg Jefferson Corp | 300 Kerkimer Street | Fl #1 | Brooklyn, NY 11236 | |
| smg | United States of America | Secretary of the Treasury | 15th Street & Pennsylvania Ave. NW | Washington, DC 20220 | |
| smg | NYS Unemployment Insurance | Attn: Insolvency Unit | Bldg. #12, Room 256 | Albany, NY 12240 | |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit | PO Box 5300 | Albany, NY 12205 | |
| smg | Internal Revenue Service | PO Box 7346 | Philadelphia, PA 19101–7346 | | |
| smg | NYC Department of Finance | 345 Adams Street | Office of Legal Affairs | Brooklyn, NY 11201–3719 | |
| smg | Office of the United States Trustee | Eastern District of NY (Brooklyn) | Alexander Hamilton Custom House | One Bowling Green, Room 510 | New York, NY 10004–1408 |
| 10263666 | INTERNAL REVENUE SERVICE | P.O. BOX 7346 | PHILADELPHIA, PA 19101–7346 | | |
| 10257032 | IRP Fund II Trust 2A | 1155 F Street NW | Suite 1075 | Washington, DC 20004 | |
| 10257033 | Krishawan Sampson | 969 E. 104 Street | Brooklyn, NY 11236 | | |

TOTAL: 10